

AFTG–TG, LLC and Phillip M. Adams & Associates, LLC, Plaintiffs–Appellants,

v.

GIGABYTE TECHNOLOGY CO., LTD., Gigabyte Global Business Corporation, and Mitac International Corp., Defendants–Appellees,

and

Aopen, Inc., Aopen America, Inc., Wistron Corporation, Wistron Infocomm (Texas) Corp., and Wistron Infocomm (America) Technology Corp., Defendants–Appellees,

and

Itox, LLC, DFI Techologies, LLC, Shuttle, Inc., and Shuttle International, Inc., Defendants–Appellees,

and

Super Micro Computer, Inc., Defendant–Appellee,

and

Radisys Corporation, Defendant–Appellee,

and

Asrock Incorporation and Asrock America, Inc., Defendants–Appellees,

and

DFI, Inc., DFI San Jose, Inc., DFI–ACP, FIC USA, First International Computer Inc., Foxconn Technology Co., Ltd., Hon Hai Precision Industrial Co., Ltd., Jetway Computer Corp., Jetway Information Co., Ltd., and Universal Scientific Industrial, Defendants.

No. 2011–1290.

United States Court of Appeals, Federal Circuit.

May 17, 2011.

ON MOTION

ORDER

Upon consideration of the appellants' motion to voluntarily dismiss this appeal,

It Is Ordered That:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

(3) All pending motions are denied as moot.